# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

FEDERAL HOME LOAN MORTGAGE CORPORATION, )
)
) Civil Case No. 10-1948 (RJL)
Plaintiff, )
)
v. ) related to
)
GRAFF/ROSS HOLDINGS LLP, )
) Civil Case No. 11-941 (RJL)
)
Defendant. )

## ORDER

For the reasons set forth in the Memorandum Opinion entered this 26th day of

September 2012, it is hereby

**ORDERED** that defendant's Motion for Partial Summary Judgment as to Patent Validity [Dkt. #24][1] is DENIED; it is further

**ORDERED** that plaintiff's Motion for Summary Judgment of Invalidity Under 35 U.S.C. § 101 [Dkt. #33][2] is GRANTED; and it is further

**ORDERED** that the above-captioned cases are DISMISSED in their entirety.

**SO ORDERED.**

RICHARD J. LEON
United States District Judge

---

[1] In Civil Case No. 11-941, the relevant docket number is 16.

[2] In Civil Case No. 11-941, the relevant docket number is 25.